

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2021

No. 04-21-00087-CV

**TEXAS COMMISSION ON ENVIRONMENTAL QUALITY** and Post Oak Clean Green,
Inc.,
Appellants

v.

**GUADALUPE COUNTY GROUNDWATER CONSIDERATION DISTRICT,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-1245-CV-C
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

Appellee's brief was originally due June 22, 2021. Appellee's first motion for extension of time was granted, extending the deadline to file the brief to July 13, 2021. On July 7, 2021, appellee filed a motion requesting an additional extension of time to file the brief until July 20, 2021. After consideration, we **GRANT** the motion and **ORDER** appellee to file its brief **by July 20, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court